OREST T. DUBNO, COMMISSIONER OF REVENUE
SERVICES *v.* EDWARD T. FALSEY, JR., ET AL.,
EXECUTORS (ESTATE OF EDWARD T. FALSEY)

The defendants' petition for certification for appeal from the Appellate Court, 10 Conn. App. 95, is denied.

*James O'Connor Shea,* in support of the petition.

*Richard D. Nicholson,* in opposition.

Decided May 21, 1987

EVELYN F. DWYER ET AL., EXECUTORS (ESTATE OF
EMMA R. FALSEY) *v.* OREST T. DUBNO,
COMMISSIONER OF REVENUE SERVICES

The plaintiffs' petition for certification for appeal from the Appellate Court, 10 Conn. App. 95, is denied.

*James O'Connor Shea,* in support of the petition.

*Richard D. Nicholson,* in opposition.

Decided May 21, 1987

STATE OF CONNECTICUT *v.* ROBERT WILLIAMSON

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 532, is denied.

*John J. Buckley,* in support of the petition.

*Steven M. Sellers,* assistant state's attorney, in opposition.

Decided May 21, 1987